THE UNITED STATES DISTRICT COURT FOR THE
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-00567-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT MOTION FOR ENTRY OF |
| v. | ) | JUDGMENT BY CONSENT |
| | ) | |
| DELANE F. ALSTON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States and Delane F. Alston seek judicial approval of the attached *Stipulated Final Judgment of Permanent Injunction Against Delane F. Alston*. With the Court's approval, the judgment will resolve the United States' claims against Alston in the above-captioned case. As grounds for this motion, the parties state:

1. The United States filed a three-count complaint against Alston. Count One of the complaint sought injunctive relief in accordance with 26 U.S.C. § 7408; Count Two of the complaint sought injunctive relief in accordance with 26 U.S.C. § 7407, and; Count Three of the complaint sought injunctive relief in accordance with 26 U.S.C. § 7402 and this Court's equitable powers.

2. The United States and Alston have agreed to the attached *Stipulated Final Judgment of Permanent Injunction Against Delane F. Alston*.

3. The United States and Alston respectfully request that judgment be entered against Alston and in favor of the United States in accordance with the attached *Stipulated Final Judgment of Permanent Injunction Against Delane F. Alston*. Entry of the requested judgment will resolve the United States' claims against Alston in the above-captioned case.

1

4. The United States and Alston have agreed to bear their own costs.

Respectfully submitted,

Dated: 8-6-2013

DELANE F. ALSTON
P.O. Box 9115
Rocky Mount, NC 27804

August 27, 2013

JAMES C. STRONG
U.S. Department of Justice, Tax Division
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9953
Attorney for the United States

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the JOINT MOTION FOR ENTRY OF JUDGMENT BY CONSENT and STIPULATED FINAL JUDGMENT OF PERMANENT INJUNCTION AGAINST DELANE F. ALSTON has been made upon the following by U.S. Mail on August 27, 2013:

    Delane F. Alston
    Inmate Register # 57051-056
    FPC Alderson
    Federal Prison Camp
    Glen Ray Rd., Box A
    Alderson, WV  24910

                                            s/ James C. Strong